[No. 714-3. Division Three. November 20, 1973.]

BETTY JOHNSON, *Appellant,* v. JEAN ANN GILBERT *et al., Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 200198, Ralph E. Foley, J., entered Sep-

tember 1, 1972. *Affirmed* by unpublished opinion per Mc-Inturff, J., concurred in by Green, C.J., and Munson, J.